# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Coltura__                                   JAD/TPA/CMB/**GLT**

Case Number: __18-20183__

Date of Meeting: __2/26/18__                             Recording # _____

Debtor(s) present ___ or Not Present __✓__ (___ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Zema__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

[FILED 2018 MAR -2 A 9:19  CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD

_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
__✓__ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:

_____ 341 Meeting  OR  _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee