Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Keith A. Coltura** | : | Case No. 18−20183−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related Dkt. No. 30 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 14th of March, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) Any party−in−interest that challenges the good faith of the dismissal shall, on or before April 12, 2018, file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event dismissal is found not to have been made in good faith.
(6) The hearing scheduled for April 25, 2018 is CANCELLED.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-20183-GLT
Keith A. Coltura                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: 309            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db             +Keith A. Coltura,    4815 Hialeah Drive,    Pittsburgh, PA 15239-2403
14760457       +Dr. Edward Narcisi,    4055 Monroeville Blvd.,    Bldg. 1, Suite 250,
                 Monroeville, PA 15146-2522
14760458       +Emily Coltura,    1 Kensington Court,    West Newton, PA 15089-1067
14760459       +Frederic Weinberg, Esq.,    375 E. Elm Street,    Conshohocken, PA 19428-1973
14760460       +Great Lakes,    ATTN: Bankruptcy Dept.,    2401 International Lane,    Madison, WI 53704-3192
14760462       +Lending Club,    ATTN: Bankruptcy Dept.,    71 Stevenson St. #1000,
                 San Francisco, CA 94105-2967
14760463       +MDJ Honorable Judge Linda I. Zucco,    10101 Saltsburg Rd.,    Pittsburgh, PA 15239-2156
14760464       +Michael Ratchford, Esq.,    Ratchford Law Group PC,    409 Lackawana Ave. Suite 320,
                 Scranton, PA 18503-2059
14760465       +Pennymac,    PO Box 30597,    Los Angeles, CA 90030-0597
14760467       +U.S. Attorney General,    U.S. Courthouse,    700 Grant Street,    Suite 4000,
                 Pittsburgh, PA 15219-1956
14767323       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 15 2018 02:14:47     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14760454       +EDI: TSYS2.COM Mar 15 2018 05:53:00     Barclays Bank of Delaware,    125 S. West St.,
                 Wilmington, DE 19801-5014
14760455       +EDI: CAPITALONE.COM Mar 15 2018 05:53:00     Capital One,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
14760456       +EDI: CAPITALONE.COM Mar 15 2018 05:53:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14779188        EDI: CAPITALONE.COM Mar 15 2018 05:53:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14760461        EDI: IRS.COM Mar 15 2018 05:53:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14771933        EDI: AGFINANCE.COM Mar 15 2018 05:53:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14777320        EDI: PRA.COM Mar 15 2018 05:53:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14760466       +EDI: AGFINANCE.COM Mar 15 2018 05:53:00      Springleaf Financial/One Main,
                 ATTN: Bankruptcy Dept.,    601 NW 2nd St. Suite 300,    Evansville, IN 47708-1013
14760468       +E-mail/Text: vci.bkcy@vwcredit.com Mar 15 2018 02:14:24     VW Credit Inc.,
                 1401 Franklin Blvd.,    Libertyville, IL 60048-4460
14778106        EDI: WFFC.COM Mar 15 2018 05:53:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14760469       +EDI: WFFC.COM Mar 15 2018 05:53:00     Wells Fargo Financial,    ATTN: Bankruptcy,
                 420 Montgomery Street,    San Francisco, CA 94104-1298
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
cr              VW Credit Inc. dba Audi Financial Services
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: hthu                  Page 2 of 2                  Date Rcvd: Mar 14, 2018
                               Form ID: 309                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
          Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          Amy L. Zema    on behalf of Debtor Keith A. Coltura amy@zemalawoffice.com
          James Warmbrodt    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
           bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                     TOTAL: 6