**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> KEITH A. COLTURA <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:18-20183 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/18/2018 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,776.00 |
| Less Refunds to Debtor | 4,670.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 105.08 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 105.08 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 105.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0511 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAN | 3,541.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8279 | | | | |
| VW CREDIT INC | 28,661.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6942 | | | | |
| BARCLAYS BANK DELAWARE | 4,250.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0074 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEITH A. COLTURA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEITH A. COLTURA | 2,282.92 | 2,282.92 | 0.00 | 0.00 |
| Acct: | | | | |
| KEITH A. COLTURA | 2,388.00 | 2,388.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| AMY L ZEMA ESQ | 3,250.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMILY COLTURA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,247.58 | 0.00 | 0.00 | 0.00 |
| Acct: 6440 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX3GLT | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6440 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,981.89 | 0.00 | 0.00 | 0.00 |
| Acct: 9729 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 8,308.84 | 0.00 | 0.00 | 0.00 |
| Acct: 6999 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,419.21 | 0.00 | 0.00 | 0.00 |
| Acct: 1682 | | | | |
| DR EDWARD NARCISI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LENDING CLUB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4424 | | | | |
| ONE MAIN FINANCIAL OF PA INC FKA SPR | 3,861.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1827 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAN | 1.36 | 0.00 | 0.00 | 0.00 |
| Acct: 8279 | | | | |
| INTERNAL REVENUE SERVICE* | 2,192.42 | 0.00 | 0.00 | 0.00 |
| Acct: 6440 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,520.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1295 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                          0.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5,557.58 |
| SECURED | 36,453.15 |
| UNSECURED | 26.286.00 |

Date: 06/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com